UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-0397

**Henry Lee Givens,**
*Plaintiff,*

v.

**Judge Scott Novy,**
*Defendant.*

# ORDER

Plaintiff Henry Lee Givens, proceeding pro se and in forma pauperis, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation (Doc. 9) concluding that plaintiff's complaint should be dismissed with prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1).

Plaintiff filed objections to the report. Doc. 20. His objections reiterate the arguments in his original complaint and are meritless. Having conducted a de novo review of the record and the magistrate judge's proposed findings and recommendations, the court **adopts** the report and recommendation (Doc. 9) as the opinion of the court. The complaint is **dismissed with prejudice** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). Any motions now pending are **denied as moot**. The clerk of court is **directed** to close the case.

*So ordered by the court on July 30, 2020.*

J. CAMPBELL BARKER
United States District Judge